**John J. BERGEN, Plaintiff-Appellee, v. CONTINENTAL MOTORS CORPO-RATION, Defendant-Appellant.**

No. 129.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Choate, Larocque & Mitchell, of New York City (Joseph Larocque, William H. Crawford, and Theodore I. Colyer, all of New York City, of counsel), for appellant.

Garey & Garey, of New York City (Eugene L. Garey, Earl J. Garey, and Milton I. Hauser, all of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**In the Matter of BLACKWOOD HOTEL COMPANY, a Corporation, Debtor.**

**John S. CLARK, Receiver, v. Clement A. NANCE, Trustee.**

No. 5932.

Circuit Court of Appeals, Seventh Circuit.

Sept. 9, 1936.

Edward R. Adams and Robert W. Wales, both of Chicago, Ill., for appellant.

Glenn, Real & Browning, McInerney, Epstein & Arvey, Cutting, Moore & Sidley, Knapp, Beye, Allen & Cushing, Hummer & Hummer, Kirkland, Fleming, Green & Martin, Peabody, Westbrook, Watson & Stephenson, Cassels, Potter & Bentley, Lawrence A. Jacobson, Russell, Murphy & Pearson, Rosenberg, Toomin & Stein, Norman Asher, Richard T. Savage, and Alden,

Latham & Young, all of Chicago, Ill., for appellees.

Before SPARKS, Circuit Judge.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is stipulated and agreed by and between the parties hereto, by their respective attorneys, that the above entitled appeal be dismissed."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs pursuant to the foregoing stipulation.

**Sam BONDIORNO v. The UNITED STATES of America.**

No. 6034.

Circuit Court of Appeals, Seventh Circuit.

Sept. 23, 1936.

PER CURIAM.

On motion of counsel for appellee, counsel for appellant not objecting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.

It is further ordered that the mandate of this court issue forthwith.